IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02788-MEH

ACCESS 4 ALL INCORPORATED
and FABIOLA MUNOZ,

    Plaintiffs,

v.

CORSA INVESTMENT, LLC,
d/b/a ECONO LODGE DIA

    Defendant.

---

PLAINTIFFS' UNOPPOSED MOTION TO ATTEND FINAL
PRETRIAL CONFERENCE BY TELEPHONIC APPEARANCE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and FABIOLA MUNOZ, by and through undersigned counsel, hereby respectfully request the opportunity to participate telephonically in the September 19, 2022, Final Pretrial Conference [D.E. 16].

1. Plaintiff's counsel is scheduled to attend a federal administrative trial on September 19, 2022 through September 21, 2022, and the client in that matter is based in Miami, Florida.

2. Due to the scheduling conflict, Plaintiff's counsel respectfully requests to appear telephonically to the Final Pretrial Conference scheduled for September 19, 2022 at 10:30 a.m.

3. Appearing telephonically will allow Plaintiff's counsel to appear for both matters without negatively interfering with the representation of either client.

4. In addition, Plaintiff's counsel's ability to attend telephonically would not negatively impact the Final Pretrial Conference.

5. None of the parties will be prejudiced by the request in this Motion.

6. Plaintiff's counsel conferred with counsel for Defendant who has advised that Defendant does not oppose the relief sought in this Motion.

WHEREFORE, Plaintiff respectfully requests the Court permit Plaintiff's counsel to participate telephonically in the September 19, 2022, Final Pretrial Conference in this matter. Respectfully submitted this September 15, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553- 3464
Email: ajperez@lawgmp.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email upon all parties of record on September 15, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**

*Attorneys for Plaintiffs*
1600 Broadway
Denver, Colorado 80202
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ